UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS BAKER,

                    Plaintiff,                    Case No. 1:13-cv-1090

v.                                                Honorable Paul L. Maloney

C. STODDARD et al.,

                    Defendants.
_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for

failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:   October 30, 2013                         /s/ Paul L. Maloney
                                                  Paul L. Maloney
                                                  Chief United States District Judge